

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-20-00151-CV

John **PORTERFIELD,**
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

Appellee's motion for rehearing from this court's October 27, 2021 Opinion on Motion for Rehearing is currently due November 11, 2021. On November 8, 2021, appellee filed a motion requesting an extension of that deadline until December 10, 2021. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file its motion for rehearing **by December 10, 2021**.

It is so **ORDERED** on this 17th day of November, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court